CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7177
 Facsimile: (415) 436-6748
 Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMUEL JUAREZ VILLA,<br><br>    Plaintiff,<br><br> v.<br><br>MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security, *et al*.,<br><br>    Defendants. | Case No. 3:26-cv-03478 LJC<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

   The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until October 30, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

   1.  Plaintiff filed this action seeking adjudication of his Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for July 2, 2026. USCIS will work diligently towards completing adjudication of the Form I-589 application within 120 days after the interview, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

   2.  Upon receipt of the Asylum Office's decision, Plaintiff agrees to voluntarily dismiss the

Stipulation
C 3:26-cv-03478 LJC      1

case.

3.     The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until October 30, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: July 6, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney

Attorneys for Defendants

Dated: July 6, 2026

/s/ Dustin C. Bankston
DUSTIN C. BANKSTON
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 7, 2026

LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:26-cv-03478 LJC      2